| | |
|---|---|
| 1 | Ryan Gile, Esq. |
| | Nevada Bar No. 8807 |
| 2 | *rg@gilelawgroup.com* |
| | **GILE LAW GROUP LTD.** |
| 3 | 10655 Park Run Drive, Suite 230 |
| | Las Vegas, Nevada 89144 |
| 4 | Tel. (702) 703-7288 |
| 5 | *Attorneys for Defendant* |
| | *Peak Health Group LV LLC* |
| 6 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC; MEDICAL PARTNERSHIP, LLC; R. BAXTER TEEGARDEN; LEONARD MESSINA; RICHARD NEISWONGER a/k/a RICK CHARLES; LAS VEGAS MALE PERFORMANCE CLINIC; and PEAK HEALTH GROUP LV LLC, <br><br> Defendants. | Case No. 2:18-cv-01914-RFB-GWF <br><br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br> **(First Request)** |

Pursuant to Local Rule 6-1(a), Plaintiffs TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC ("Plaintiffs") and Defendant PEAK HEALTH GROUP LV LLC ("Peak Health Group" or "Defendant"), by and through their undersigned counsel, hereby stipulate and agree to a 32-day extension of time up to and including Monday, December 3, 2018, for Defendant Peak Health Group to answer or otherwise respond to the Complaint (ECF No. 1).

/ / /

/ / /

/ / /

GLG-30015

1

1       This is the first request for an extension of time for Defendant Peak to respond to the Complaint. Good cause exists because Counsel for Peak Health Group requires additional time to investigate and discuss with Peak Health Group the facts and patents underlying Plaintiff's patent infringement claims. Defendant Peak Health Group's response is presently due November 1, 2018.

      Through this Stipulation, Defendant Peak Health Group will have up to and including December 3, 2018, to file an answer or otherwise respond to the Complaint.

**RESPECTFULLY SUBMITTED** this 29th day of October, 2018.

| **WEIDE & MILLER, LTD.** | **GILE LAW GROUP LTD.** |
|---|---|
| By: /s/ F. Christopher Austin<br>F. Christopher Austin, Esq.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>(702) 382-4804<br>caustin@weidemiller.com | By: /s/ Ryan Gile<br>Ryan Gile, Esq.<br>10655 Park Run Drive, Suite 230<br>Las Vegas, Nevada 89144<br>Tel. (702) 703-7288<br>rg@gilelawgroup.com |
| *Attorneys for Plaintiffs Tissue Regeneration Technologies, LLC and General Patent, LLC* | *Attorneys for Defendant Peak Health Group LV LLC* |

**IT IS SO ORDERED:**

*George Foley Jr.* (signature)

**UNITED STATE MAGISTRATE JUDGE**

DATED: 10-30-2018