Jonathan W. Fountain
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
E-mail: jwf@h2law.com

*Attorneys for Defendants*
*Male Performance Medical Partnership, LLC*
*Medical Partnership, LLC, Leonard Messina, and*
*Las Vegas Male Performance Clinic*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC; MEDICAL PARTNERSHIP, LLC; R. BAXTER TEEGARDEN; LEONARD MESSINA; RICHARD NEISWONGER a/k/a/ RICK CHARLES; LAS VEGAS MALE PERFORMANCE CLINIC; and PEAK HEALTH GROUP LV, LLC,<br><br>Defendants. | Case No. 2:18-cv-01914-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Nevada Local Rule IA 6-1, Plaintiffs TISSUE REGENERATION TECHNOLOGIES, LLC AND GENERAL PATENT, LLC, on the one hand, and Defendants MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC, MEDICAL PARTNERSHIP, LLC, LEONARD MESSINA, and LAS VEGAS MALE PERFORMANCE CLINIC (hereinafter the "Messina Defendants"), on the other hand, hereby agree and stipulate for an extension of time for the Messina Defendants to file and serve their answer or other response to the Complaint from November 5, 2018 up to and including, December 3, 2018.

This is the Messina Defendants' first request for an extension of time to answer or otherwise respond to the Complaint. Good cause for the extension exists because the undersigned

1

counsel for the Messina Defendants requires additional time to investigate the complex set of facts alleged in Plaintiffs' Complaint, which alleges causes of action for patent infringement, and to see whether the parties will be able to resolve their dispute through a negotiated settlement.

The Messina Defendants were served on October 14, 2018. Their respective answers or other responses to the Complaint are presently due on November 5, 2018. Accordingly, the Messina Defendants request a 28-day extension of time to answer or otherwise respond.

**IT IS SO AGREED AND STIPULATED:**

| WEIDE & MILLER, LTD. | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/ F. Christopher Austin <br> F. Christopher Austin, Esq. <br> Nevada Bar No. 6559 <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> (702) 382-4804 <br> E-mail: caustin@weidemiller.com <br><br> *Attorneys for Plaintiffs* <br> *Tissue Regeneration Technologies, LLC,* <br> *and General Patent, LLC* | By: /s/ Jonathan W. Fountain <br> Jonathan W. Fountain, Esq. <br> Nevada Bar No. 10351 <br> 3800 Howard Hughes Pkwy., Suite 1000 <br> Las Vegas, NV 89169 <br> (702) 257-1483 <br> E-mail: jwf@h2law.com <br><br> *Attorneys for Defendants* <br> *Male Performance Medical Partnership, LLC* <br> *Medical Partnership, LLC,* <br> *Leonard Messina, and* <br> *Las Vegas Male Performance Clinic* |

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 11-1-2018