1 Jonathan W. Fountain
Nevada Bar No. 10351
2 HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
3 Las Vegas, NV 89169
Tel. (702) 257-1483
4 E-mail: jwf@h2law.com

5 *Attorneys for Defendants*
*Male Performance Medical Partnership, LLC*
6 *Medical Partnership, LLC, Leonard Messina, and*
*Las Vegas Male Performance Clinic*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC; MEDICAL PARTNERSHIP, LLC; R. BAXTER TEEGARDEN; LEONARD MESSINA; RICHARD NEISWONGER a/k/a/ RICK CHARLES; LAS VEGAS MALE PERFORMANCE CLINIC; and PEAK HEALTH GROUP LV, LLC,<br><br>Defendants. | Case No. 2:18-cv-01914-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

1

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and District of Nevada Local Rule IA 6-1, Plaintiffs TISSUE REGENERATION TECHNOLOGIES, LLC AND GENERAL PATENT, LLC, (together, "Plaintiffs"), Defendants MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC, MEDICAL PARTNERSHIP, LLC, LEONARD MESSINA, and LAS VEGAS MALE PERFORMANCE CLINIC (hereinafter the "Messina Defendants"), and Defendant Peak Health Group LV, LLC ("Peak Health"), hereby agree and stipulate for an extension of time for the Messina Defendants and Peak Health to file and serve their respective answers or other responses to the Complaint up to and including, January 7, 2019.

Good cause for this request exists to provide the undersigned counsel time not only to investigate the facts and assess the potential for settlement of this case but also with regard to the following related actions filed in this District:

- Case No. 2:18-01731-APG-CWH (MPMP and MP v. 79, LLC); and
- Case No. 2:18-cv-01734-GMN-GWF (MPMP and MP v. Phillip M. Hays).

The undersigned counsel for Plaintiffs is also counsel for Defendant Phillip M. Hays in Case No. 2:18-cv-01734- GMN-GWF and is counsel for Defendant 79, LLC in Case No. 2:18-cv-01731-APG-CWH, opposite the undersigned Messina Defendants' counsel in this action and in both of these related cases. The Messina Defendants' counsel believes that a conflict of interest may exist in Plaintiffs' counsel in this case representing the Defendants in the above-listed related actions. By entering into this stipulation, Plaintiffs shall not waive this objection.

The undersigned counsel for the parties in this case are engaging in good faith efforts to assess whether the parties in this action will be able to resolve their dispute through a negotiated settlement. This effort, however, is also impacted by and may require resolution of overlapping legal and factual issues raised in these related actions. Good cause also exists, given the impending Christmas holiday season. As such, the parties have agreed to set the deadline to respond to January 7, 2019, not only for the Messina Defendants and Peak Health in this action but also for the defendants in the related actions as well.

///

///

For the foregoing reasons, the parties hereby stipulate to set the deadline for the Messina Defendants and Peak Health to answer or otherwise respond to January 7, 2019.

**IT IS SO AGREED AND STIPULATED:**

| WEIDE & MILLER, LTD. | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/ F. Christopher Austin<br>F. Christopher Austin, Esq.<br>Nevada Bar No. 6559<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>(702) 382-4804<br>E-mail: caustin@weidemiller.com<br><br>*Attorneys for Plaintiffs*<br>*Tissue Regeneration Technologies, LLC,*<br>*and General Patent, LLC* | By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>(702) 257-1483<br>E-mail: jwf@h2law.com<br><br>*Attorneys for Defendants*<br>*Male Performance Medical Partnership, LLC*<br>*Medical Partnership, LLC,*<br>*Leonard Messina, and*<br>*Las Vegas Male Performance Clinic* |

GILE LAW GROUP, LTD.

By: /s/ Ryan R. Gile
Ryan R. Gile, Esq.
Nevada Bar No. 8807
10655 Park Run Drive, Suite 230
Las Vegas, NV 89144
(702) 703-7288
E-mail: rg@gilelawgroup.com

*Attorneys for Defendant*
*Peak Health Group LV , LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 4, 2018

4827-6412-1473, v. 1