# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TISSUE REGENERATION., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC., et al.,<br><br>Defendants. | Case No. 2:18-cv-01914-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Jonathan W. Fountain, Esq., and the law firm of The Howard & Howard Attorneys PLLC's Motion to Withdraw as Counsel of Record for Defendants Male Performance Medical Partnership, LLC, Medical Partnership LLC, Leonard Messina, and Las Vegas Male Performance Clinic. (ECF No. 17), filed December 19, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that there are issues relating to NRPC 1.16(a)(3), and Defendants have informed him they were terminating the representation. Counsel also requests that Defendant's be permitted an extension to respond to the Complaint by no later than March 7, 2019. The Court finds the movant has substantially established good cause for withdrawal. Additionally, Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS HEREBY ORDERED** that Jonathan W. Fountain, Esq., and the law firm of The Howard & Howard Attorneys PLLC's Motion to Withdraw as Counsel of Record for Defendants Male Performance Medical Partnership, LLC, Medical Partnership LLC, Leonard Messina, and Las Vegas Male Performance Clinic. (ECF No. 17) is **granted**.

1

**IT IS FURTHER ORDERED** that Male Performance Medical Partnership, LLC, Medical Partnership LLC, Leonard Messina, and Las Vegas Male Performance Clinic shall have until **February 7, 2019**, to retain counsel.

**IT IS FURTHER ORDERED** that Defendants shall have until **March 7, 2019**, to file and serve their answer or other response to the Complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to remove Howard & Howard PLLC and attorney Jonathan W. Fountain from CM/ECF service list of this case.

Dated this 7th day of January, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE