1  F. Christopher Austin, Esq.
   Nevada Bar No. 6559
2  caustin@weidemiller.com
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, NV 89144
4  Tel: (702) 382-4804
   Fax: (702) 382-4805
5  *Attorneys for Plaintiffs*

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9   TISSUE REGENERATION
    TECHNOLOGIES, LLC and GENERAL
10  PATENT, LLC,                              Case No.: 2:18-cv-1914

11          Plaintiffs,

12  v.                                        **STIPULATION AND ORDER FOR
                                              EXTENSION OF TIME TO ANSWER
13                                            OR OTHERWISE RESPOND TO THE
                                              COMPLAINT**
14  MALE PERFORMANCE MEDICAL
    PARTNERSHIP, LLC; MEDICAL
15  PARTNERSHIP, LLC; R. BAXTER              **(Fourth Request)**
    TEEGARDEN; LEONARD MESSINA;
16  RICHARD NEISWONGER a/k/a RICK
    CHARLES; LAS VEGAS MALE
17  PERFORMANCE CLINIC; and PEAK
    HEALTH GROUP LV LLC,
18
            Defendants.
19

20          Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiffs

21  Tissue Regeneration Technologies, LLC and General Patent, LLC, (collectively, "Plaintiffs") and

22  Defendants Male Performance Medical Partnership, LLC, Medical Partnership, LLC, Leonard

23  Messina, and Las Vegas Male Performance Clinic (collectively, the "Messina Defendants"), by

24  and through their respective counsel of record, Weide & Miller, Ltd., on behalf of Plaintiffs, and

25  the Law Offices of Philip A. Kantor, P.C., newly retained and appearing on behalf of the Messina

26  Defendants, hereby agree and stipulate for an extension of time for the Messina Defendants to file

27  and serve their answer or other responses to the Complaint from the current deadline of March

28  15, 2019, up to and including March 29, 2019. This is fourth request by the Messina Defendants

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0870                                    1

for such an extension.

Good cause for this request exists to provide the newly retained counsel for the Messina Defendants time to investigate the facts and assess the potential for settlement of this case, given the recent termination of the Messina Defendants' former counsel. On December 19, 2018, former counsel for the Messina Defendants notified the Court that they had been terminated and moved to withdraw as counsel. *See* ECF No. 17 (Howard & Howard Attorneys PLLC and Jonathan W. Fountain's Motion to Withdraw as Counsel).

On or about January 3, 2019, the undersigned counsel for the Messina Defendants agreed to be retained on the representations of the undersigned counsel for Plaintiffs that Plaintiffs would agree to the prior order to permit the newly retained counsel for the Messina Defendants time to assess the case before having to respond to the Complaint. Subsequent to that extension, the undersigned counsel for the Messina Defendants has made such an assessment and has commenced discussions with Plaintiff's counsel to explore the potential to resolve the matter. As further discussion requires Plaintiff's counsel to engage in discussions with subject matter experts on issues related to the patents extending the time required for Plaintiff's counsel to respond, the Parties have agreed to the instant stipulation to accommodate such discussions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Weide & Miller, Ltd.
10655 Park Run Dr.,
Suite 100
Las Vegas,
Nevada 89144
(702) 382-4804

fca-w-0870                                    2

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Messina Defendants to answer or otherwise respond to the Complaint from March 15, 2019, to March 29, 2019. Service of this Stipulation is also being made on the Messina Defendants' counsel of record, Howard & Howard, PLLC.

**IT IS SO AGREED AND STIPULATED:**

WEIDE & MILLER, LTD.

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
(702) 382-4804
*Attorneys for Plaintiffs*

LAW OFFICES OF PHILIP A. KANTOR, P.C.

By: */s/ Philip A. Kantor*
Philip A. Kantor, Esq.
Nevada Bar No. 6701
*prsak@aya.yale.edu*
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
(702) 255-1300
*Attorneys for Messina Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____March 7, 2019_____

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0870                                    3