1  F. Christopher Austin, Esq.
   Nevada Bar No. 6559
2  *caustin@weidemiller.com*
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, NV 89144
4  Tel: (702) 382-4804
   Fax: (702) 382-4805
5  *Attorneys for Plaintiffs*

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9   TISSUE REGENERATION
    TECHNOLOGIES, LLC and GENERAL
10  PATENT, LLC,                              Case No.: 2:18-cv-1914

11          Plaintiffs,

12  v.                                        **STIPULATION AND ORDER FOR
                                              EXTENSION OF TIME TO ANSWER
13                                            OR OTHERWISE RESPOND TO THE
                                              COMPLAINT**
    MALE PERFORMANCE MEDICAL
14  PARTNERSHIP, LLC; MEDICAL
    PARTNERSHIP, LLC; R. BAXTER              **(Fifth Request)**
15  TEEGARDEN; LEONARD MESSINA;
    RICHARD NEISWONGER a/k/a RICK
16  CHARLES; LAS VEGAS MALE
    PERFORMANCE CLINIC; and PEAK
17  HEALTH GROUP LV LLC,

18
            Defendants.
19

20          Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiffs

21  Tissue Regeneration Technologies, LLC and General Patent, LLC, (collectively, "Plaintiffs") and

22  Defendants Male Performance Medical Partnership, LLC, Medical Partnership, LLC, Leonard

23  Messina, and Las Vegas Male Performance Clinic (collectively, the "Messina Defendants" or

24  "Defendants"), by and through their respective counsel of record, Weide & Miller, Ltd., on behalf

25  of Plaintiffs, and the Law Offices of Philip A. Kantor, P.C., newly retained and appearing on

26  behalf of the Messina Defendants, hereby agree and stipulate for an extension of time for the

27  Messina Defendants to file and serve their answer or other responses to the Complaint from the

28  current deadline of <u>March 29, 2019</u>, up to and including <u>April 26, 2019</u>. This is the fifth request

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0886                                    1

by the parties for such an extension.

Good cause for this request exists to provide the parties with time to continue in good faith settlement discussions. On December 19, 2018, former counsel for the Messina Defendants notified the Court that they had been terminated and moved to withdraw as counsel. *See* ECF No. 17 (Howard & Howard Attorneys PLLC and Jonathan W. Fountain's Motion to Withdraw as Counsel).

On or about January 3, 2019, the undersigned counsel for the Messina Defendants agreed to be retained on the representations of the undersigned counsel for Plaintiffs that Plaintiffs would agree to the prior order to permit the newly retained counsel for the Messina Defendants time to assess the case before having to respond to the Complaint. Subsequent to that extension, the undersigned counsel for the Messina Defendants commenced discussions with Plaintiffs' counsel to explore the potential to resolve the matter.

On March 7, 2019, the Court granted the parties request to extend the deadline for Defendants to respond to permit Plaintiffs' counsel to engage in discussions with subject matter experts on issues related to the patents prior to requiring Defendants to answer or respond. *See* ECF No. 27. The purpose of that extension was to provide a window for the parties to continue settlement discussions. *Id.*

Such discussions by Plaintiffs with subject matter experts have not concluded, and the parties anticipate that further discussions will be required thereafter to respond to the technical issues that are central to resolution of the dispute. To that end the parties have agreed to extend the time for Defendants to answer or otherwise respond to the complaint to permit Plaintiffs to complete their consultations with such subject matter experts in response to issues raised by Defendants and to permit the parties thereafter to explore whether a resolution of the dispute can be achieved.

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0886                                    2

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Messina Defendants to answer or otherwise respond to the Complaint from <u>March 29, 2019</u>, to <u>April 26, 2019</u>. Service of this Stipulation is also being made on the Messina Defendants' counsel of record, Howard & Howard, PLLC.

DATED: March 27, 2019.

**IT IS SO AGREED AND STIPULATED:**

WEIDE & MILLER, LTD.                    LAW OFFICES OF PHILIP A. KANTOR, P.C.

By: */s/ F. Christopher Austin*         By: */s/ Philip A. Kantor*
F. Christopher Austin, Esq.             Philip A. Kantor, Esq.
Nevada Bar No. 6559                     Nevada Bar No. 6701
*caustin@weidemiller.com*               *prsak@aya.yale.edu*
10655 Park Run Drive, Suite 100         1781 Village Center Circle, Suite 120
Las Vegas, NV 89144                     Las Vegas, NV 89134
(702) 382-4804                          (702) 255-1300
*Attorneys for Plaintiffs*              *Attorneys for Messina Defendants*


**IT IS SO ORDERED:**

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2019

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804