1  F. Christopher Austin, Esq.
   Nevada Bar No. 6559
2  *caustin@weidemiller.com*
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, NV 89144
4  Tel: (702) 382-4804
   Fax: (702) 382-4805
5  *Attorneys for Plaintiffs*

6
                    **UNITED STATES DISTRICT COURT**
7
                          **DISTRICT OF NEVADA**
8

9   TISSUE REGENERATION
    TECHNOLOGIES, LLC and GENERAL
10  PATENT, LLC,                              Case No.: 2:18-cv-1914

11        Plaintiffs,

12  v.                                        **STIPULATION AND ORDER FOR
                                              EXTENSION OF TIME TO ANSWER
13                                            OR OTHERWISE RESPOND TO THE
    MALE PERFORMANCE MEDICAL                  COMPLAINT**
14  PARTNERSHIP, LLC; MEDICAL
    PARTNERSHIP, LLC; R. BAXTER               **(Sixth Request)**
15  TEEGARDEN; LEONARD MESSINA;
    RICHARD NEISWONGER a/k/a RICK
16  CHARLES; LAS VEGAS MALE
    PERFORMANCE CLINIC; and PEAK
17  HEALTH GROUP LV LLC,
18
          Defendants.
19

20        Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiffs

21  Tissue Regeneration Technologies, LLC and General Patent, LLC, (collectively, "Plaintiffs") and

22  Defendants Male Performance Medical Partnership, LLC, Medical Partnership, LLC, Leonard

23  Messina, and Las Vegas Male Performance Clinic (collectively, the "Messina Defendants" or

24  "Defendants"), by and through their respective counsel of record, Weide & Miller, Ltd., on behalf

25  of Plaintiffs, and the Law Offices of Philip A. Kantor, P.C., appearing on behalf of the Messina

26  Defendants, hereby agree and stipulate for an extension of time for the Messina Defendants to file

27  and serve their answer or other responses to the Complaint from the current deadline of April 26,

28  2019, up to and including June 14, 2019. This is the sixth request by the parties for such an

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0905                                    1

1  extension.

2  Good cause for this request exists to provide the parties with time to continue in good faith

3  settlement discussions. On December 19, 2018, former counsel for the Messina Defendants

4  notified the Court that they had been terminated and moved to withdraw as counsel. *See* ECF No.

5  17 (Howard & Howard Attorneys PLLC and Jonathan W. Fountain's Motion to Withdraw as

6  Counsel).

7  On or about January 3, 2019, the undersigned counsel for the Messina Defendants agreed

8  to be retained on the representations of the undersigned counsel for Plaintiffs that Plaintiffs would

9  agree to the prior order to permit the newly retained counsel for the Messina Defendants time to

10  assess the case before having to respond to the Complaint. Subsequent to that extension, the

11  undersigned counsel for the Messina Defendants commenced discussions with Plaintiffs' counsel

12  to explore the potential to resolve the matter.

13  On March 7, 2019, the Court granted the parties request to extend the deadline for

14  Defendants to respond to permit Plaintiffs' counsel to engage in discussions with subject matter

15  experts on issues related to the patents prior to requiring Defendants to answer or respond. *See*

16  ECF No. 27. While this was only the first extension since the Messina Defendant's retention for

17  their current counsel, it was the fourth request from the commencement of the action. The purpose

18  of that extension was to provide a window for the parties to continue settlement discussions. *Id.*

19  On March 27, 2019, the parties requested an additional extension to afford Plaintiff's

20  additional time to conclude discussions with subject matter experts and follow-up with counsel

21  for Defendants. That occurred, but at a date too near the present deadline to permit Defendants

22  to assess the same or for the parties to otherwise conclude negotiations.

23  Accordingly, the parties have agreed to extend the time for Defendants to answer or

24  otherwise respond to the complaint to permit Defendants to consult with their counsel on

25  Plaintiffs' proposal and to thereafter continue to engage in efforts to assess whether a resolution

26  of the dispute can be achieved.

27  / / /

28  / / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0905                    2

1          For the foregoing reasons, the parties hereby stipulate to extend the deadline for the

2    Messina Defendants to answer or otherwise respond to the Complaint from <u>April 26, 2019</u>, to

3    <u>June 14, 2019</u>.  Service of this Stipulation is also being made on the Messina Defendants' counsel

4    of record, Howard & Howard, PLLC.

5          DATED: April 24, 2019.

6          **IT IS SO AGREED AND STIPULATED:**

7    **WEIDE & MILLER, LTD.**                    **LAW OFFICES OF PHILIP A. KANTOR, P.C.**

8    By: */s/ F. Christopher Austin*              By: */s/ Philip A. Kantor*
     F. Christopher Austin, Esq.                   Philip A. Kantor, Esq.
9    Nevada Bar No. 6559                           Nevada Bar No. 6701
     *caustin@weidemiller.com*                     *prsak@aya.yale.edu*
10   10655 Park Run Drive, Suite 100               1781 Village Center Circle, Suite 120
     Las Vegas, NV 89144                           Las Vegas, NV 89134
11   (702) 382-4804                                (702) 255-1300
     *Attorneys for Plaintiffs*                    *Attorneys for Messina Defendants*

12

13

14                                               **IT IS SO ORDERED:**

15

16                                               UNITED STATES MAGISTRATE JUDGE

17                                               DATED:__April 25, 2019_____

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0905                              3