Philip A. Kantor, Esq.
Nevada Bar No. 6701
Law Offices of Philip A. Kantor, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
Email:     prsak@aya.yale.edu
*Attorneys for Messina Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC; MEDICAL PARTNERSHIP, LLC; R. BAXTER TEEGARDEN; LEONARD MESSINA; RICHARD NEISWONGER a/k/a RICK CHARLES; LAS VEGAS MALE PERFORMANCE CLINIC; and PEAK HEALTH GROUP LV LLC,<br><br>Defendants. | Case No.: 2:18-cv-01914-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>**(Seventh Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Tissue Regeneration Technologies, LLC and General Patent, LLC, (collectively, "Plaintiffs") and Defendants Male Performance Medical Partnership, LLC, Medical Partnership, LLC, Leonard Messina, and Las Vegas Male Performance Clinic (collectively, the "Messina Defendants" or "Defendants"), by and through their respective counsel of record, Weide & Miller, Ltd., on behalf of Plaintiffs, and the Law Offices of Philip A. Kantor, P.C., appearing on behalf of the Messina Defendants, hereby agree and stipulate for an extension of time for the Messina Defendants to

file and serve their answer or other responses to the Amended Complaint from the current deadline of June 14, 2019, up to and including June 28, 2019.

Good cause for this request exists to provide the parties with time to continue in good faith settlement discussions, particularly regarding issues of non-infringement, patent validity, and alleged false advertising.

On December 19, 2018, former counsel for the Messina Defendants notified the Court that they had been terminated and moved to withdraw as counsel. See ECF No. 17 (Howard & Howard Attorneys PLLC and Jonathan W. Fountain's Motion to Withdraw as Counsel). On or about January 3, 2019, the undersigned counsel for the Messina Defendants agreed to be retained on the representations of the undersigned counsel for Plaintiffs that Plaintiffs would agree to the prior order to permit the newly retained counsel for the Messina Defendants time to assess the case before having to respond to the Complaint. Subsequent to that extension, the undersigned counsel for the Messina Defendants commenced discussions with Plaintiffs' counsel to explore the potential to resolve the matter, to wit, by means of an extensive, written analysis of the non-infringement, patent validity and alleged false advertising issues in the case.

On March 7, 2019, the Court granted the parties' request to extend the deadline for Defendants to respond to permit Plaintiffs' counsel to engage in discussions with subject matter experts on issues related to the patents prior to requiring Defendants to answer or respond. See ECF No. 27. While this was only the first extension since the Messina Defendants' retention of their current counsel, it was the fourth request from the commencement of the action. The purpose of that extension was to provide a window for the parties to continue settlement discussions. *Id.*

On March 27, 2019, the parties requested an additional extension to afford Plaintiffs additional time to conclude discussions with subject matter experts and follow-up with counsel for Defendants. That occurred, but at a date too near the deadline to permit Defendants to assess the same or for the parties to otherwise conclude negotiations.

On April 25, 2019, the parties again requested an additional extension to allow time for the Defendants to answer or otherwise respond to the complaint to permit Defendants to consult with their counsel on Plaintiffs' proposal and to thereafter continue to engage in efforts to assess

whether a resolution of the dispute can be achieved. See ECF No. 31. The additional time resulted in a further substantive analysis by Defendants, which Plaintiffs are now considering.

On May 17, 2019, Plaintiffs filed their First Amended Complaint. See ECF No. 32. Accordingly, the parties have agreed to extend the time for Defendants to answer or otherwise respond to the Amended Complaint to allow Defendants to review the new information and assess whether a resolution can be achieved.

For the foregoing reason, the parties hereby stipulate to extend the deadline for the Messina Defendants to answer or otherwise respond to the Amended Complaint from **June 14, 2019** to **June 28, 2019**.

**IT IS SO AGREED AND STIPULATED.**

DATED this 14th day of June, 2019.　　　　DATED this 14th day of June, 2019.

LAW OFFICES OF PHILIP A. KANTOR, P.C.　　WEIDE & MILLER, LTD.

By:*/s/ Philip A. Kantor*　　　　　　　　By:*/s/ F. Christopher Austin*
　Philip A. Kantor, Esq.　　　　　　　　　F. Christopher Austin, Esq.
　Nevada Bar No. 6701　　　　　　　　　　Nevada Bar No. 6559
　Law Offices of Philip A. Kantor, P.C.　　Weide & Miller, Ltd.
　1781 Village Center Circle, Suite 120　　10655 Park Run Dr., Suite 100
　Las Vegas, NV 89134　　　　　　　　　　Las Vegas, NV 89144
　T: 702-255-1300　　　　　　　　　　　　T: 702-382-4804
　prsak@aya.yale.edu　　　　　　　　　　　caustin@weidemiller.com
　*Attorneys for Messina Defendants*　　　*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___June 17, 2019___

3