Philip A. Kantor, Esq.
Nevada Bar No. 6701
Law Offices of Philip A. Kantor, P.C.
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
Telephone: (702) 255-1300
Facsimile: (702) 256-6331
Email:    prsak@aya.yale.edu
*Attorneys for Messina Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TISSUE REGENERATION TECHNOLOGIES, LLC and GENERAL PATENT, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MALE PERFORMANCE MEDICAL PARTNERSHIP, LLC; MEDICAL PARTNERSHIP, LLC; R. BAXTER TEEGARDEN; LEONARD MESSINA; RICHARD NEISWONGER a/k/a RICK CHARLES; LAS VEGAS MALE PERFORMANCE CLINIC; and PEAK HEALTH GROUP LV LLC,<br><br>Defendants. | Case No.: 2:18-cv-01914-RFB-GWF<br><br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**<br><br>**(Eighth Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiffs Tissue Regeneration Technologies, LLC and General Patent, LLC, (collectively, "Plaintiffs") and Defendants Male Performance Medical Partnership, LLC, Medical Partnership, LLC, Leonard Messina, and Las Vegas Male Performance Clinic (collectively, the "Messina Defendants" or "Defendants"), by and through their respective counsel of record, Weide & Miller, Ltd., on behalf of Plaintiffs, and the Law Offices of Philip A. Kantor, P.C., appearing on behalf of the Messina Defendants, hereby agree and stipulate for an extension of time for the Messina Defendants to

1

file and serve their answer or other responses to the Amended Complaint from the current deadline of June 28, 2019, up to and including September 3, 2019.

Good cause for this request exists to provide the parties with time to continue in good faith settlement discussions, particularly regarding issues of non-infringement, patent validity, and alleged false advertising.

On December 19, 2018, former counsel for the Messina Defendants notified the Court that they had been terminated and moved to withdraw as counsel. See ECF No. 17 (Howard & Howard Attorneys PLLC and Jonathan W. Fountain's Motion to Withdraw as Counsel). On or about January 3, 2019, the undersigned counsel for the Messina Defendants agreed to be retained on the representations of the undersigned counsel for Plaintiffs that Plaintiffs would agree to the prior order to permit the newly retained counsel for the Messina Defendants time to assess the case before having to respond to the Complaint. Subsequent to that extension, the undersigned counsel for the Messina Defendants commenced discussions with Plaintiffs' counsel to explore the potential to resolve the matter, to wit, by means of an extensive, written analysis of the non-infringement, patent validity and alleged false advertising issues in the case.

On March 7, 2019, the Court granted the parties' request to extend the deadline for Defendants to respond to permit Plaintiffs' counsel to engage in discussions with subject matter experts on issues related to the patents prior to requiring Defendants to answer or respond. See ECF No. 27. While this was only the first extension since the Messina Defendants' retention of their current counsel, it was the fourth request from the commencement of the action. The purpose of that extension was to provide a window for the parties to continue settlement discussions. *Id.*

On March 27, 2019, the parties requested an additional extension to afford Plaintiffs additional time to conclude discussions with subject matter experts and follow-up with counsel for Defendants. That occurred, but at a date too near the deadline to permit Defendants to assess the same or for the parties to otherwise conclude negotiations.

On April 25, 2019, the parties again requested an additional extension through June 14, 2019 to allow time for the Defendants to answer or otherwise respond to the complaint to permit Defendants to consult with their counsel on Plaintiffs' proposal and to thereafter continue to

engage in efforts to assess whether a resolution of the dispute could be achieved. See ECF No. 31. The additional time resulted in a further substantive analysis by Defendants, which Plaintiffs are now considering. In the course of such consideration, on May 17, 2019, Plaintiffs filed their First Amended Complaint. See ECF No. 32.

At the time of the June 14, 2019 deadline, the parties realized more time would be required, but Plaintiffs' counsel was unable to obtain timely authorization of an extended deadline and, consequently, agreed to a brief extension of the deadline for Defendants to answer or otherwise respond to the Amended Complaint through June 28, 2019, which the Court "so ordered" on June 17, 2019. See ECF No. 36. The parties now agree to an extended deadline through September 3, 2019 with the expectation that they will be able to resolve the case within this time period.

For the foregoing reason, the parties hereby stipulate to extend the deadline for the Messina Defendants to answer or otherwise respond to the Amended Complaint from **June 28, 2019** to **September 3, 2019**.

**IT IS SO AGREED AND STIPULATED.**

DATED this 21st day of June, 2019.         DATED this 21st day of June, 2019.

LAW OFFICES OF PHILIP A. KANTOR, P.C.       WEIDE & MILLER, LTD.

By:/s/ *Philip A. Kantor*                   By:/s/ *F. Christopher Austin*
   Philip A. Kantor, Esq.                       F. Christopher Austin, Esq.
   Nevada Bar No. 6701                          Nevada Bar No. 6559
   Law Offices of Philip A. Kantor, P.C.        Weide & Miller, Ltd.
   1781 Village Center Circle, Suite 120        10655 Park Run Dr., Suite 100
   Las Vegas, NV 89134                          Las Vegas, NV 89144
   T: 702-255-1300                              T: 702-382-4804
   prsak@aya.yale.edu                           caustin@weidemiller.com
   *Attorneys for Messina Defendants*           *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 24, 2019